IN THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **JANE DOE,**<br><br>       Plaintiff,<br><br>*vs.*<br><br>**DETECTIVE LARRY BROWN,** *et al.,*<br><br>       Defendants. | CASE NO.:<br><br><br><br><br>PROTECTIVE ORDER |

This matter is before the Court on the Plaintiff's Motion for Protective Order. The Court finds said Motion well-taken. Therefore, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Plaintiff may proceed in this matter under the pseudonym Jane Doe, and no party may reveal her true identity.

###

**IT IS SO ORDERED.**

Submitted and approved by,

/s/ Rebecca J. Sremack
Rebecca J. Sremack #0092313
William M. Sremack #0006832
Sremack Law Firm LLC
2745 South Arlington Road
Akron, Ohio 44312
Office: 330.644.0061
Fax: 330.644.7241
info@sremacklaw.com
*Counsel for Plaintiff Jane Doe*