IN THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (CLEVELAND)

| | |
|---|---|
| **JANE DOE,** | CASE NO.: 5:23-cv-00121-AMK |
| Plaintiff, | JUDGE:  JOHN ADAMS |
| vs. | MAGISTRATE JUDGE: AMANDA KNAPP |
| **LARRY BROWN,** *et al.,* | **STATUS REPORT** |
| Defendants. | |

The Parties submit their Joint Status Report as follows:

1. **Status of discovery.** Written discovery is in progress. It is anticipated that depositions will be completed in mid-September.

2. **Settlement discussions.** A demand was made, and the Defendants have indicated that they do not believe there is liability in this matter.

3. **Agreed mediation.** The parties believe that mediation may be appropriate after the close of fact discovery. The parties believe this Court's ADR panel or mediation are appropriate.

Respectfully submitted,

/s/ Rebecca J. Sremack
Rebecca J. Sremack #0092313
Sremack Law Firm LLC
2745 South Arlington Road
Akron, Ohio 44312
Phone: 330.644.0061
Fax: 330.644.7241
info@sremacklaw.com
*Counsel for Plaintiff*

Approved,

**SHERRI BEVAN WALSH**
Prosecuting Attorney

/s/ Marrett W. Hanna
**MARRETT W. HANNA (#0065689)**
Assistant Prosecuting Attorney

Phone: (330) 643-2792
mhanna@prosecutor.summitoh.net

**CERTIFICATE OF SERVICE**

I hereby certify that a foregoing *Status Report* was served by email this 15th day of August, 2023, upon counsel for the Defendants at mhanna@prosecutor.summitoh.net.

/s/ Rebecca J. Sremack
Rebecca J. Sremack #0092313
*Counsel for Plaintiff*