# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| JANE DOE, | CASE NO. 5:23-CV-00121-AMK |
| Plaintiff, | |
| vs. | MAGISTRATE JUDGE AMANDA M. KNAPP |
| DETECTIVE LARRY BROWN, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES; AND SHERIFF KANDY FATHEREE, IN HER OFFICIAL CAPACITY; | **ORDER** |
| Defendants. | |

Pursuant to LR 16.4 and 16.6 of the Local Rules of the United States District Court for the Northern District of Ohio, the Court hereby refers this case to the Court's Alternative Dispute Resolution ("ADR") panel for Mediation.  The Mediation should be conducted between October 16 and 31, 2023, if possible.

*/s/ Amanda M. Knapp*
AMANDA M. KNAPP
UNITED STATES MAGISTRATE JUDGE

Dated: August 30, 2023

1